**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

**CHELSEA L. DAVIS, Appellant**

**V.**

**MCKOOL SMITH P.C., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

We **GRANT** appellant's May 14, 2014 opposed motion for extension of time to file appellant's brief and **ORDER** appellant to file her brief no later than July 7, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE